IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERI MINARSKY, | : Civil No. 1:23-CV-1000 |
| Plaintiff, | : |
| v. | : |
| | : (Magistrate Judge Bloom) |
| KILOLO KIJAKAZI[1], Acting Commissioner of Social Security, | : |
| Defendant. | : |

ORDER

AND NOW, on this 29th day of August 2024, for the reasons set forth in the accompanying Memorandum Opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is REVERSED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff

---

[1] Martin O'Malley became the Commissioner of the Social Security Administration on December 20, 2023. Pursuant to Fed. R. Civ. P. 25(d), Mr. O'Malley is substituted as the defendant in this case. Pursuant to 42 U.S.C. § 405(g), no further action is required to continue this suit.

and against the Commissioner of Social Security.  The Clerk of Court is directed to close this matter.

*s/Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
